**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**IDEAL INDUSTRIES, INC.,**
**Plaintiff,**

**v.**                                                              **CIVIL NO. 05-2015(DRD)**

**UNITED AGENCIES, INC.,**
**Defendants**

**ORDER OF RECUSAL**

      Although not raised by any party or counsel of record, the Court will recuse itself in order to avoid even the appearance of impropriety. 28 U.S.C. §§ 455 & 144.

      Therefore, the undersigned **RECUSES** himself from the instant case for the reasons stated herein, and **INSTRUCTS** the Clerk of the Court to randomly **REASSIGN** the instant matter to another judicial officer using the Computerized Case Assignment System. Once assigned, said judicial officer may transfer a new case from his or her docket of the same general category, complexity, and contemporary with the case originally assigned to the undersigned.

      **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of October 2005.

                                                                                    S/DANIEL R. DOMINGUEZ
                                                                                    **DANIEL R. DOMINGUEZ**
                                                                                    **U.S. DISTRICT JUDGE**